# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 201

*The Court of Appeals hereby passes the following order:*

**A14A2087.   DOUBLE R BUILDERS INC. et al. v. SCBT d/b/a CBT.**

This appeal was docketed in this Court on July 15, 2014. Appellant's brief, including enumeration of errors, was due to be filed no later than August 4, 2014. Court of Appeals Rules 22 (a) and 23 (a). To date, Appellant has not filed a brief and enumeration of errors, nor requested an extension of time. Accordingly, Case Number A14A2087 is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/18/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*